**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1442**

———————

ADOL T. OWEN-WILLIAMS, JR.,

                              Plaintiff - Appellant,

        versus

MERRILL LYNCH, PIERCE, FENNER AND SMITH,
INCORPORATED,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. J. Frederick Motz, Chief District Judge;
Peter J. Messitte, District Judge. (CA-94-1287-PJM)

———————

Submitted:  November 21, 1996      Decided:  December 2, 1996

———————

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Adol T. Owen-Williams, Jr., Appellant Pro Se.  Kathleen Pontone,
Margaret A. Jacobsen, MILES & STOCKBRIDGE, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying his motion to modify an arbitration award and denying reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Owen-Williams v. Merrill Lynch</u>, No. CA-94-1287-PJM (D. Md. Dec. 8, 1995; Mar. 19, 1996). We deny Appellant's motion to supplement the record to add documents not before the district court and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2